ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA T. SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:19-cv-02225-JAC-EJY |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff Francisca T. Salazar, by and through her counsel of record, Nettles Morris, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, Greenberg Traurig, LLP, that the deadline for which Defendants are to file and serve their response to Plaintiff's Complaint is hereby extended from January 30, 2020 to **February 13, 2020**.

/ / /

/ / /

/ / /

- 1 -

ACTIVE 48409901v1

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 28th day of January 2020 | DATED this 28th day of January 2020 |
| NETTLES MORRIS | GREENBERG TRAURIG, LLP |

By: */s/ Brian D. Nettles*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 007462
1389 Galleria Drive
Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Email: brian@nettlesmorris.com

*Counsel for Plaintiff*

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2020

ACTIVE 48409901v1