Gregory Rueb (CA SBN 154589)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: 949.375.6843
Fax: 855.203.2035
greg@drlawllp.com

Nevada Bar No. 7462
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
Email: brian@nettlesmorris.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA T. SALAZAR,<br><br>　　Plaintiff,<br><br>v<br><br>C R BARD INCORPORATED, et al<br><br>　　Defendants, | Case No. 2:19-cv-02225-RFB-EJY |

## **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COUNTS III, V, VI, VII, VIII, IX, AND X OF PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff Francisca T. Salazar, by and through her counsels of record, Nettles Morris and Dalimonte Rueb Stoller, LLP, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, by and through their counsel of record, Greenberg Traurig, LLP, that the deadline for which Plaintiff is to file and serve a response to Defendants' Motion to Dismiss Counts III, V, VI, VII, VIII, IX, and X of Plaintiff's complaint is hereby extended from February 27, 2020 to **March 19, 2020**.

///

///

**IT IS SO STIPULATED AND AGREED.**

DATED: this 27th day of February 2020          DATED: this 27th day of February 2020

NETTLES MORRIS                                  GREENBERG TRAURIG, LLP

By: */s/ Brian D. Nettles*                     By: */s/ Eric W. Swanis*
    BRIAN D. NETTLES, ESQ.                          ERIC W. SWANIS, ESQ.
    Nevada Bar No. 007462                           Nevada Bar No. 006840
    1389 Galleria Drive                             10845 Griffith Peak Drive, Ste 600
    Suite 200                                       Las Vegas, NV 89135
    Henderson, NV 89014                             Telephone: (702) 792-3773
    Telephone: (702) 434-8282                       Facsimile: (702) 792-9002
    Email: brian@nettlesmorris.com                  Email: swanise@gtlaw.com

                                                               *Counsel for Defendants*

DALIMONTE RUEB STOLLER, LLP

By: */s/ Gregory D. Rueb*
    GREGORY D. RUEB, ESQ          IT IS SO ORDERED:
    CA SBN 154589
    515 S. Figueroa St, Ste 1550
    Los Angeles, CA 90071
    Telephone: (949) 375-6843
    Email: greg@drlawllp.com       _____
                                   RICHARD F. BOULWARE, II
                                   UNITED STATES DISTRICT JUDGE

                                   DATED this 28th day of February, 2020.

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 27, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

*/s/ Jenn Alexy*
An employee of Nettles | Morris