Gregory Rueb (CA SBN 154589)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: 949.375.6843
Fax: 855.203.2035
greg@drlawllp.com

Brian D. Nettles
Nevada Bar No. 7462
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
Email: brian@nettlesmorris.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA T. SALAZAR, | Case No. 2:19-cv-02225-RFB-EJY |
| Plaintiff, | |
| v | |
| C R BARD INCORPORATED, et al | |
| Defendants, | |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COUNTS III, V, VI, VII, VIII, IX, AND X OF PLAINTIFF'S COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff Francisca T. Salazar, by and through her counsels of record, Nettles Morris and Dalimonte Rueb Stoller, LLP, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, by and through their counsel of record, Greenberg Traurig, LLP, that due to the current national emergency caused by the spread of COVID-19, the deadline for which Plaintiff is to file and serve a response to Defendants' Motion to Dismiss Counts III, V, VI, VII, VIII, IX, and X of Plaintiff's complaint is hereby extended from March 19, 2020 to ~~April 3, 2020~~ **May 3, 2020**.

| | | | |
|---|---|---|---|
| 1 | **IT IS SO STIPULATED AND AGREED.** | | |
| 2 | DATED: this 19th day of March 2020 | | DATED: this 19th day of March 2020 |

NETTLES MORRIS

GREENBERG TRAURIG, LLP

By: */s/ Brian D. Nettles*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 007462
1389 Galleria Drive
Suite 200
Henderson, NV 89014
Telephone: (702) 434-8282
Email: brian@nettlesmorris.com

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
10845 Griffith Peak Drive, Ste 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

DALIMONTE RUEB STOLLER, LLP

By: */s/ Gregory D. Rueb*
GREGORY D. RUEB, ESQ
CA SBN 154589
515 S. Figueroa St, Ste 1550
Los Angeles, CA 90071
Telephone: (949) 375-6843
Email: greg@drlawllp.com

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of April. 2020.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 19, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

*/s/ Jenn Alexy*
An employee of Nettles | Morris
