ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA T. SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-02225-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff Francisca T. Salazar, by and through her counsels of record, Nettles Morris and Dalimonte Rueb Stoller, LLP, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Incorporated, by and through their counsel of record, Greenberg Traurig, LLP, that due to the current national emergency caused by the spread of COVID-19, the deadline within which Defendants are to file and serve a response to Plaintiff Salazar's Amended Complaint is hereby extended from May 11, 2020 to **May 26, 2020**.

/ / /

/ / /

1

**IT IS SO STIPULATED AND AGREED.**

Dated this 11th day of May 2020.

| | |
|---|---|
| NETTLES MORRIS | GREENBERG TRAURIG, LLP |
| By: */s/ Brian D. Nettles*<br>BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 007462<br>1389 Galleria Drive<br>Suite 200<br>Henderson, Nevada 89014<br>Telephone: (702) 434-8282<br>Email: brian@nettlesmorris.com<br>*Counsel for Plaintiff* | By: */s/ Eric W. Swanis*<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 006840<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: swanise@gtlaw.com<br>*Counsel for Defendants* |
| DALIMONTE RUEB STOLLER, LLP<br>GREGORY D. RUEB, ESQ.<br>California Bar No. 154589<br>515 S. Figueroa Street<br>Suite 1550<br>Los Angeles, California 90071<br>Telephone: (949) 375-6843<br>Email: greg@drlawllp.com<br>*Co-Counsel for Plaintiff* | |

**IT IS SO ORDERED.**

_____
BRENDA WEKSLER
United States Magistrate Judge

Dated this 12th day of May 2020.

2

ACTIVE 50396838v1

# CERTIFICATE OF SERVICE

I hereby certify that on **May 11, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

Brian D. Nettles, Esq.
brian@nettlesmorris.com
Nevada Bar No. 7462
NETTLES MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada  89014
Telephone:  (702) 434-8282
*Counsel for Plaintiff*

Gregory D. Rueb, Esq.
DALIMONTE RUEB STOLLER, LLP
515 S. Figueroa Street
Suite 1550
Los Angeles, California  90071
Telephone:  (949) 375-6843
paul@drlawllp.com
greg@drlawllp.com
*Co-Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　*/s/ Evelyn Escobar-Gaddi*
　　　　　　　　　　　　　　　　An employee of GREENBERG TAURIG, LLP

ACTIVE 50396838v1