ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA T. SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-02225-RFB-BNW |

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

(SECOND REQUEST)

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff Francisca T. Salazar, by and through her counsels of record, Nettles Morris and Dalimonte Rueb Stoller, LLP, and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Incorporated, by and through their counsel of record, Greenberg Traurig, LLP, that due to the current national emergency caused by the spread of COVID-19 and the parties' submitted stipulation to stay

/ / /

/ / /

/ / /

1

1  this case [Dkt. No. 25], the deadline within which Defendants are to file and serve a response
2  to Plaintiff Salazar's Amended Complaint is hereby extended from May 26, 2020 to **June 9,**
3  **2020**.

4      **IT IS SO STIPULATED AND AGREED.**

5      Dated this 26th day of May 2020.

6      NETTLES MORRIS      GREENBERG TRAURIG, LLP

7  By: */s/ Brian D. Nettles*      By: */s/ Eric W. Swanis*
8  BRIAN D. NETTLES, ESQ.      ERIC W. SWANIS, ESQ.
   Nevada Bar No. 007462      Nevada Bar No. 006840
9  1389 Galleria Drive      10845 Griffith Peak Drive
   Suite 200      Suite 600
10 Henderson, Nevada 89014      Las Vegas, Nevada 89135
11 Telephone: (702) 434-8282      Telephone: (702) 792-3773
   Email: brian@nettlesmorris.com      Facsimile: (702) 792-9002
12 *Counsel for Plaintiff*      Email: swanise@gtlaw.com
13      *Counsel for Defendants*

14 DALIMONTE RUEB
   STOLLER, LLP
15 GREGORY D. RUEB, ESQ.
   California Bar No. 154589
16 515 S. Figueroa Street
   Suite 1550
17 Los Angeles, California 90071
18 Telephone: (949) 375-6843
   Email: greg@drlawllp.com
19 *Co-Counsel for Plaintiff*

20

21     **IT IS SO ORDERED.**

22

23     _____
       BRENDA WEKSLER
24     United States Magistrate Judge

25     Dated this __28th__ day of __May__ 2020.

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on **May 26, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

Brian D. Nettles, Esq.
brian@nettlesmorris.com
Nevada Bar No. 7462
NETTLES MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada  89014
Telephone:  (702) 434-8282
*Counsel for Plaintiff*

Gregory D. Rueb, Esq.
DALIMONTE RUEB STOLLER, LLP
515 S. Figueroa Street
Suite 1550
Los Angeles, California  90071
Telephone:  (949) 375-6843
paul@drlawllp.com
greg@drlawllp.com
*Co-Counsel for Plaintiff*

                                                  */s/ Evelyn Escobar-Gaddi*
                                                  An employee of GREENBERG TAURIG, LLP