ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
**Counsel for Defendants**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA T. SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:19-cv-02225-RFB-BNW |

## **STIPULATION AND ORDER TO STAY CASE**

The parties, Plaintiff FRANCISCA T. SALAZAR and Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard"), by and through their undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):

WHEREAS, Plaintiff's counsel represents approximately 400 plaintiffs with cases proceeding in this and other courts across the country asserting similar claims against Defendants for injuries they contend arise out of their use of Defendants' IVC filters; and

WHEREAS, Plaintiff's counsel and Defendants have begun discussions in an attempt to achieve a global settlement of the cases and claims of the plaintiffs represented by Plaintiff's counsel; and

- 1 -

ACTIVE 50243473v1

1   WHEREAS, Defendants have retained a dedicated settlement counsel for these discussions which has successfully resolved thousands of similar cases with other counsel representing similar plaintiffs;

WHEREAS, Plaintiff's counsel has extensive experience in IVC filter litigation both prior to and in the course of the MDL; and

WHEREAS, based on all the facts and circumstances, including, but not limited to, the prior success of Defendants' settlement counsel in resolving similar cases and Plaintiff's counsel's experience with Defendants in prior IVC filter litigation, Plaintiff's counsel believes that there is a good likelihood that the global settlement talks with Defendants will be successful; and

WHEREAS, as part of the agreement to engage in global settlement discussions, Plaintiff's counsel and Defendants have agreed that all activity in all of the Plaintiff's counsel's IVC filter cases should "stand-down" for 60 days so that the Parties may focus their attention on their settlement efforts; and

WHEREAS, the ongoing national emergency surrounding the Covid-19 pandemic have heightened the need for all parties to conserve their resources as much as possible;

IT IS STIPULATED AND AGREED BY THE PARTIES that all activity in this case shall be stayed through and including **June 26, 2020**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ACTIVE 50243473v1

IT IS FURTHER STIPULATED AND AGREED BY THE PARTIES that the deadline to file Defendants' responsive pleading, currently set for **May 10, 2020** should be continued to **July 9, 2020**;

RESPECTFULLY submitted this 30th day of April 2020.

| NETTLES MORRIS | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Brian D. Nettles* | By: */s/ Eric W. Swanis* |
| BRIAN D. NETTLES, ESQ. | ERIC W. SWANIS, ESQ. |
| Nevada Bar No. 007462 | Nevada Bar No. 006840 |
| 1389 Galleria Drive | 10845 Griffith Peak Drive |
| Suite 200 | Suite 600 |
| Henderson, Nevada 89014 | Las Vegas, Nevada 89135 |
| brian@nettlesmorris.com | swanis@gtlaw.com |
| ***Counsel for Plaintiff*** | ***Counsel for Defendants*** |

### ORDER

The Court, having reviewed the stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that all activity in this case shall be stayed through and including **June 26, 2020**.

IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that the deadline to file Defendants' responsive pleading, currently set for **May 10, 2020** should be continued to **July 9, 2020**.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of June, 2020.

ACTIVE 50243473v1

## CERTIFICATE OF SERVICE

I hereby certify that on **April 30, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/  Evelyn Escobar-Gaddi*
An employee of GREENBERG TAURIG, LLP
